AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arguello, Christine M. | District of Colorado | 09/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination,    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Alfred A. Arraj U.S. Courthouse <br> 901 19th St., A638 <br> Denver, CO 80294 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Colorado Hispanic Bar Association Board - Volunteer |
| 2. Vice Chair | Colorado Campaign for Inclusive Excellence - Volunteer |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Arguello, Christine M.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | United States Judge | $166,241.99 |
| 2. 2010 | Matthew Bender & Co., Inc. - Book Royalties | $942.53 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Boulder Valley School District - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas - El Paso | 03/05/2010 - 03/06/2010 | University of Texas - El Paso | Keynote Speaker, Student Leadership Conference | transportation, lodging, and food |
| 2. | Harvard University | 03/22/2010 - 03/24/2010 | Harvard Law School | Judge, Ames Moot Court Semi-Finals | transportation, lodging, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Colorado | Reduced price for two Club Seat Football Tickets | $4,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AES Student Loan | Co-signor on student loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Investment Property 1, Colorado Springs, CO (2005 $86,000) | | None | | | Sold | 08/13/10 | K | A | Dennis & Marlene Eason |
| 2. Investment Property 2, Pueblo, OC (1999 $172,727) | | None | M | R | | | | | |
| 3. Chase Bank Accounts | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 5. MetLife Insurance Pollicy | | None | J | T | | | | | |
| 6. Federated Govt Obligations Fund Class SS | | None | | | Redeemed | 04/14/10 | J | A | |
| 7. AEGFX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 8. AICFX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 9. ALSRX | | None | J | T | Buy | 07/08/10 | J | | |
| 10. ARTKX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 11. BFAFX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 12. BRAIX | | None | | | Buy | 07/08/10 | J | | |
| 13. BRAIX | | None | | | Sold (part) | 08/26/10 | J | A | |
| 14. BRAIX | | None | | | Sold | 10/07/10 | J | A | |
| 15. CRMMX | | None | J | T | Buy | 07/08/10 | J | | |
| 16. CRMMX | | None | | | Buy (add'l) | 12/21/10 | J | | |
| 17. CSRSX | | None | J | T | Sold (part) | 07/08/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DGOYX | | None | J | T | Buy | 07/08/10 | J | | |
| 19. DGOYX | | None | | | Buy (add'l) | 12/21/10 | J | | |
| 20. DUGAX | | None | K | T | Sold (part) | 07/08/10 | J | A | |
| 21. FGADX | | None | | | Buy | 09/24/10 | J | | |
| 22. FGADX | | None | | | Sold | 12/21/10 | J | A | |
| 23. GCMAX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 24. GFAFX | | None | J | T | Sold (part) | 07/08/10 | K | C | |
| 25. GGOAX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 26. GHYYX | | None | K | T | Buy | 07/08/10 | K | | |
| 27. GHYYX | | None | | | Buy (add'l) | 10/21/10 | J | | |
| 28. HASCX | | None | J | T | Buy | 07/08/10 | J | | |
| 29. HASCX | | None | | | Sold (part) | 08/26/10 | J | A | |
| 30. HGOIX | | None | J | T | Buy | 07/08/10 | J | | |
| 31. IBFFX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 32. ICAEX | | None | | | Buy | 07/08/10 | J | | |
| 33. ICAEX | | None | | | Sold | 08/26/10 | J | A | |
| 34. IGNIX | | None | J | T | Buy | 07/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPIVX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 36. LSIIX | | None | J | T | Buy | 07/08/10 | J | | |
| 37. LSIIX | | None | | | Sold (part) | 10/07/10 | J | A | |
| 38. MALVX | | None | J | T | Buy | 07/08/10 | J | | |
| 39. MEDIX | | None | | | Buy | 07/08/10 | J | | |
| 40. MEDIX | | None | | | Sold | 11/16/10 | J | A | |
| 41. MRLAX | | None | J | T | Buy | 10/07/10 | J | | |
| 42. MSUSX | | None | | | Buy | 07/08/10 | J | | |
| 43. MSUSX | | None | | | Sold | 10/07/10 | J | A | |
| 44. NFEAX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 45. NWFFX | | None | J | T | Sold (part) | 07/08/10 | J | B | |
| 46. ODVYX | | None | J | T | Buy | 07/08/10 | J | | |
| 47. ODVYX | | None | | | Buy (add'l) | 10/07/10 | J | | |
| 48. PCRIX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 49. PCVAX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 50. PSIGX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 51. PTTAX | | None | J | T | Sold (part) | 07/08/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PTTRX | | None | J | T | Buy | 11/16/10 | J | | |
| 53. RAIMX | | None | J | T | Buy | 07/08/10 | J | | |
| 54. SCWFX | | None | | | Sold | 07/08/10 | J | A | |
| 55. TGBAX | | None | J | T | Buy | 10/07/10 | J | | |
| 56. TVIFX | | None | J | T | Buy | 07/08/10 | J | | |
| 57. WSHFX | | None | J | T | Sold (part) | 07/08/10 | J | A | |
| 58. AEGFX | | None | | | Sold | 07/14/10 | J | A | |
| 59. AICFX | | None | | | Sold | 07/14/10 | J | A | |
| 60. ARTKX | | None | | | Sold | 07/14/10 | J | A | |
| 61. BFAFX | | None | | | Sold | 07/14/10 | J | A | |
| 62. CSRSX | | None | | | Sold | 07/14/10 | J | A | |
| 63. DUGAX | | None | | | Sold | 07/14/10 | J | A | |
| 64. GCMAX | | None | | | Sold | 07/14/10 | J | A | |
| 65. GFAFX | | None | | | Sold | 07/14/10 | J | A | |
| 66. GGOAX | | None | | | Sold | 07/14/10 | J | A | |
| 67. IBFFX | | None | | | Sold | 07/14/10 | J | A | |
| 68. JPIVX | | None | | | Sold | 07/14/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | · | Date of Report |
|---|---|---|
| Arguello, Christine M. | | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NFEAX | | None | | | Sold | 07/14/10 | J | A | |
| 70. NWFFX | | None | | | Sold | 07/14/10 | J | A | |
| 71. PCRIX | | None | | | Sold | 07/14/10 | J | A | |
| 72. PCVAX | | None | | | Sold | 07/14/10 | J | A | |
| 73. PSIGX | | None | | | Sold | 07/14/10 | J | A | |
| 74. PTTAX | | None | | | Sold | 07/14/10 | J | A | |
| 75. SCWFX | | None | | | Sold | 07/14/10 | J | A | |
| 76. WSHFX | | None | | | Sold | 07/14/10 | J | A | |
| 77. OIFIX | | None | J | T | Buy | 07/21/10 | J | | |
| 78. OIFIX | | None | | | Buy (add'l) | 10/11/10 | J | | |
| 79. OIIEX | | None | J | T | Buy | 07/21/10 | J | | |
| 80. OIIEX | | None | | | Buy (add'l) | 10/11/10 | J | | |
| 81. OILGX | | None | J | T | Buy | 07/21/10 | J | | |
| 82. OILGX | | None | | | Sold (part) | 10/11/10 | J | A | |
| 83. OISGX | | None | J | T | Buy | 07/21/10 | J | | |
| 84. OISGX | | None | | | Sold (part) | 10/11/10 | J | A | |
| 85. OISVX | | None | J | T | Buy | 07/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | K | T | | | | | |
| 87. Metlife Invs Ins Prods L Share Variable Annuity | | None | J | T | | | | | |
| 88. Metlife Invs Ins Prods Variable Annuity Class AA | | None | K | T | | | | | |
| 89. Nationwide Life Ins Co BOA Choice Venue SM II | | None | | | Sold | 10/18/10 | L | A | |
| 90. Nationwide Life Ins Co Destination B | | None | L | T | Buy | 10/18/10 | L | | |
| 91. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | J | T | | | | | |
| 92. Great Western Retirement Services - No control | | None | | | Sold | 10/20/10 | J | A | |
| 93. ECL | A | Dividend | J | T | | | | | |
| 94. PERA - No control | | None | K | T | | | | | |
| 95. Fidelity Investment Managed Account ▓▓▓▓ are sub-accts | | . | . | | | | | | |
| 96. Fid Cap Appreciation | | None | | | Sold | 11/05/10 | J | A | |
| 97. Fid Intl Discovery | | None | | | Sold | 11/05/10 | J | A | |
| 98. Fid large Cap Value | | None | | | Sold | 11/05/10 | J | A | |
| 99. Fid Mid Cap Value | | None | | | Sold | 11/05/10 | J | A | |
| 100. Fid Real Estate Inv | | None | | | Sold | 11/05/10 | J | A | |
| 101. Fid Strat Div & Inc | | None | | | Sold | 11/05/10 | J | A | |
| 102. Fid Short Term Bond | | None | | | Sold | 11/05/10 | J | A | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fid Total Bond | | None | | | Sold | 11/05/10 | J | A | |
| 104. Fidelity Retirement Mmkt | | None | | | Sold | 11/05/10 | J | A | |
| 105. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 09/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christine M. Arguello**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Arguello, Christine M. | 2. Court or Organization<br><br>District of Colorado | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Alfred A. Arraj U.S. Courthouse<br>901 19th St., A638<br>Denver, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Colorado Hispanic Bar Association Board - Volunteer |
| 2. Vice Chair | Colorado Campaign for Inclusive Excellence - Volunteer |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Arguello, Christine M. A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | United States Judge | $166,241.99 |
| 2. 2010 | Matthew Bender & Co., Inc. - Book Royalties | $942.53 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Boulder Valley School District - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas - El Paso | 03/05/2010 - 03/06/2010 | University of Texas - El Paso | Keynote Speaker, Student Leadership Conference | transportation, lodging, and food |
| 2. | Harvard University | 03/22/2010 - 03/24/2010 | Harvard Law School | Judge, Ames Moot Court Semi-Finals | transportation, lodging, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Colorado | Reduced price for two Club Seat Football Tickets | $4,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AES Student Loan | Co-signor on student loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Property 1, Colorado Springs, CO (2005 $86,000) | | None | | | Sold | 08/13/10 | K | A | Dennis & Marlene Eason |
| 2. Investment Property 2, Pueblo, OC (1999 $172,727) | | None | M | T | | | | | |
| 3. Chase Bank Accounts | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 5. MetLife Insurance Pollicy | | None | J | T | | | | | |
| 6. Federated Govt Obligations Fund Class SS | | None | | | Redeemed | 04/14/10 | J | A | |
| 7. AEGFX | | None | | | Sold | 07/08/10 | J | A | |
| 8. AICFX | | None | | | Sold | 07/08/10 | J | A | |
| 9. ALSRX | | None | J | T | Buy | 07/08/10 | J | | |
| 10. ARTKX | | None | | | Sold | 07/08/10 | J | A | |
| 11. BFAFX | | None | | | Sold | 07/08/10 | J | A | |
| 12. BRAIX | | None | | | Buy | 07/08/10 | J | | |
| 13. BRAIX | | None | | | Sold (part) | 08/26/10 | J | A | |
| 14. BRAIX | | None | | | Sold | 10/07/10 | J | A | |
| 15. CRMMX | | None | J | T | Buy | 07/08/10 | J | | |
| 16. CRMMX | | None | | | Buy (add'l) | 12/21/10 | J | | |
| 17. CSRSX | | None | | | Sold | 07/08/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  DGOYX | | None | J | T | Buy | 07/08/10 | J | | |
| 19.  DGOYX | | None | | | Buy (add'l) | 12/21/10 | J | | |
| 20.  DUGAX | | None | | | Sold | 07/08/10 | J | A | |
| 21.  FGADX | | None | | | Buy | 09/24/10 | J | | |
| 22.  FGADX | | None | | | Sold | 12/21/10 | J | A | |
| 23.  GCMAX | | None | | | Sold | 07/08/10 | J | A | |
| 24.  GFAFX | | None | | | Sold | 07/08/10 | K | C | |
| 25.  GGOAX | | None | | | Sold | 07/08/10 | J | A | |
| 26.  GHYYX | | None | K | T | Buy | 07/08/10 | K | | |
| 27.  GHYYX | | None | | | Buy (add'l) | 10/21/10 | J | | |
| 28.  HASCX | | None | J | T | Buy | 07/08/10 | J | | |
| 29.  HASCX | | None | | | Sold (part) | 08/26/10 | J | A | |
| 30.  HGOIX | | None | J | T | Buy | 07/08/10 | J | | |
| 31.  IBFFX | | None | | | Sold | 07/08/10 | J | A | |
| 32.  ICAEX | | None | | | Buy | 07/08/10 | J | | |
| 33.  ICAEX | | None | | | Sold | 08/26/10 | J | A | |
| 34.  IGNIX | | None | J | T | Buy | 07/08/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPIVX | | None | | | Sold | 07/08/10 | J | A | |
| 36. LSIIX | | None | J | T | Buy | 07/08/10 | J | | |
| 37. LSIIX | | None | | | Sold (part) | 10/07/10 | J | A | |
| 38. MALVX | | None | J | T | Buy | 07/08/10 | J | | |
| 39. MEDIX | | None | | | Buy | 07/08/10 | J | | |
| 40. MEDIX | | None | | | Sold | 11/16/10 | J | A | |
| 41. MRLAX | | None | J | T | Buy | 10/07/10 | J | | |
| 42. MSUSX | | None | | | Buy | 07/08/10 | J | . | |
| 43. MSUSX | | None | | | Sold | 10/07/10 | J | A | |
| 44. NFEAX | | None | | | Sold | 07/08/10 | J | A | |
| 45. NWFFX | | None | | | Sold | 07/08/10 | J | B | |
| 46. ODVYX | | None | J | T | Buy | 07/08/10 | J | | |
| 47. ODVYX | | None | | | Buy (add'l) | 10/07/10 | J | | |
| 48. PCRIX | | None | | | Sold | 07/08/10 | J | A | |
| 49. PCVAX | | None | | | Sold | 07/08/10 | J | A | |
| 50. PSIGX | | None | | | Sold | 07/08/10 | J | A | |
| 51. PTTAX | | None | | | Sold | 07/08/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PTTRX | | None | J | T | Buy | 11/16/10 | J | | |
| 53. RAIMX | | None | J | T | Buy | 07/08/10 | J | | |
| 54. SCWFX | | None | | | Sold | 07/08/10 | J | A | |
| 55. TGBAX | | None | J | T | Buy | 10/07/10 | J | | |
| 56. TVIFX | | None | J | T | Buy | 07/08/10 | J | | |
| 57. WSHFX | | None | | | Sold | 07/08/10 | J | A | |
| 58. AEGFX | | None | | | Sold | 07/14/10 | J | A | |
| 59. AICFX | | None | | | Sold | 07/14/10 | J | A | |
| 60. ARTKX | | None | | | Sold | 07/14/10 | J | A | |
| 61. BFAFX | | None | | | Sold | 07/14/10 | J | A | |
| 62. CSRSX | | None | | | Sold | 07/14/10 | J | A | |
| 63. DUGAX | | None | | | Sold | 07/14/10 | J | A | |
| 64. GCMAX | | None | | | Sold | 07/14/10 | J | A | |
| 65. GFAFX | | None | | | Sold | 07/14/10 | J | A | |
| 66. GGOAX | | None | | | Sold | 07/14/10 | J | A | |
| 67. IBFFX | | None | | | Sold | 07/14/10 | J | A | |
| 68. JPIVX | | None | | | Sold | 07/14/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  NFEAX | | None | | | Sold | 07/14/10 | J | A | |
| 70.  NWFFX | | None | | | Sold | 07/14/10 | J | A | |
| 71.  PCRIX | | None | | | Sold | 07/14/10 | J | A | |
| 72.  PCVAX | | None | | | Sold | 07/14/10 | J | A | |
| 73.  PSIGX | | None | | | Sold | 07/14/10 | J | A | |
| 74.  PTTAX | | None | | | Sold | 07/14/10 | J | A | |
| 75.  SCWFX | | None | | | Sold | 07/14/10 | J | A | |
| 76.  WSHFX | | None | | | Sold | 07/14/10 | J | A | |
| 77.  OIFIX | | None | J | T | Buy | 07/21/10 | J | | |
| 78.  OIFIX | | None | | | Buy (add'l) | 10/11/10 | J | | |
| 79.  OIIEX | | None | J | T | Buy | 07/21/10 | J | | |
| 80.  OIIEX | | None | | | Buy (add'l) | 10/11/10 | J | | |
| 81.  OILGX | | None | J | T | Buy | 07/21/10 | J | | |
| 82.  OILGX | | None | | | Sold (part) | 10/11/10 | J | A | |
| 83.  OISGX | | None | J | T | Buy | 07/21/10 | J | | |
| 84.  OISGX | | None | | | Sold (part) | 10/11/10 | J | A | |
| 85.  OISVX | | None | J | T | Buy | 07/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | K | T | | | | | |
| 87. Metlife Invs Ins Prods L Share Variable Annuity | | None | J | T | | | | | |
| 88. Metlife Invs Ins Prods Variable Annuity Class AA | | None | K | T | | | | | |
| 89. Nationwide Life Ins Co BOA Choice Venue SM II | | None | | | Sold | 10/18/10 | L | A | |
| 90. Nationwide Life Ins Co Destination B | | None | L | T | Buy | 10/18/10 | L | | |
| 91. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | J | T | | | | | |
| 92. Great Western Retirement Services - No control | | None | | | Sold | 10/20/10 | J | A | |
| 93. ECL | A | Dividend | J | T | | | | | |
| 94. Fidelity Investment Managed Account | | None | | | Sold | 11/05/10 | L | B | |
| 95. PERA - No control | | None | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christine M. Arguello**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544